**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOSEPH KASSIS, : No. 588 MAL 2014
:
             Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
PRECISION UNDERGROUND PIPE :
SERVICES, INC., :
:
             Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.